In The United States District Court
Eastern District of Michigan (Detroit)

United States of America,

    Plaintiff          2:16-cr-20222-AJT-RSW-6

v.

Jeffrey Eugene Snell

    Defendant.
_____/

## Motion For Compassionate Release
## 18 U.S.C. §3582(c)(1)(A)

AND NOW, Comes Defendant Jeffrey E. Snell in the above matter before the Court in his Pro-se capacity seeking "compassionate release" for his medical condition and 'other reasons'.

Defendant argues that, he is experiencing deteriorating health because of his inability to provide self-care within a correctional facility due to the unsanitary living conditions and denial by staff to provide him with the medical sterilized equipment.

-1-

## STATEMENT OF FACTS

Defendant is currently incarcerated in the custody of the federal Bureau of Prisons at F.C.I. Milan (Low).

Every since Defendant has been in custody, he has experienced uniary tract infections due to the prison staff not providing him with the safe and clean medical equipment when he uses a catheter. Also, the living quarters are contaminated with abestos, extreme dust and dirt, filth in the showers, mold, and no way to wash my own clothes by way of washer and dryers. The coronavirus has showed its face here at Milan, we are locked in the Unit, I share a cell with 3 other guys who are sick, and the Warden here stated before the Corona pandemic when asked about "Compassionate release" he stated: I don't believe in that, my great grandfather, my grandfather, and my father all believe that whatever the judge sentences you to, you wont be released till you finish, I don't believe in "Compassionate release".

-2-

(words of J. Hemingway).

Just recently, on March 23, 2020 I learned that President Trump said he was considering an executive order freeing elderly, non-violent federal prisoners, Per CNN March 22, 2020 9:00pm)

Then on March 26, 2020, Attorney General William Barr in a memo to the Bureau of Prisons, moved to release some federal inmates at heightened risk from the coronavirus to make sure prisoners are not spreading the virus into the community. In the memo, he prioritized granting home confinement to inmates who were convicted of lower level crimes. Barr also told prison officials to give priority to inmates held in low and minimum security facilities. (There are 3 confirmed cases here at Milan (low). (I have to self cather myself 3-times daily, having to use each time Sanitary gloves. Which are not the proper medical kind that should be given to me, Antiseptic Towelette which aren't given to me here, Lubricating Jelly and Catheters).

-3-

## Extraordinary Compelling Circumstances

(1) Due to my deterirating health resulting in Uriary Tract Infections since the duration of my imprisonment, I believe that I'm to be considered for compassionate relief. (See medical records)

Recently
On March 5, 2020 I went over to sick-call to be examined and treated for another Urinary Tract infection due to having to catheter 3-times a day. The Lab tech wasn't in that morning, so they rescheduled the appointment. On March 13, 2020 I went over to sick-call again and I didn't get seen because the lab tech wasn't in that day either. On March 18, 2020 I was able to give a sample of my urine to be tested but I was unable to get the results back that day for whatever reason and was told that I would be placed on sick-call to pick up medication.

Due to the deficient medical care here, I believe that this is a

-4-

extraordinary and compelling circumstances that will warrant "compassionate release" for this non-violent offender.

### Proposed Release Plan

First, I will reside at my mother's home, Pearlean Snell, 17730 Wormer St., Detroit, MI 48219 (Tel. No. 313-736-7284). Second, although the coronavirus is heavy in Detroit, I will be able to go back to my job at Chrysler Automotive and my Union Steward, William Bell can verify this by calling him at 248-595-3698. I will apply for medicaid upon my release until my health insurance is reactivated.

### Conclusion

The lack of sanitary conditions is why I'm attempting to obtain compassionate release. I was sentenced to 60 months and by the time the court receives this motion, I would have served 24 months of it. On a 60 month term, I'm suppose to serve 51 months, which leaves me with 27 months to serve. With 6 months halfway house, that will

-5-

leave me with 21 months. However, if the court were to reduce my sentence by 12 months in the alternative, I will have 17 months left and with 6 months halfway house, I will be under the 1-year for the Court to grant "Immediate Compassionate Release" and placed on home confinement. See 18 U.S.C. § 3624(c)(2) under the CARES Act.

Defendant prays that the court grants him the relief the Court deems appropriate in these uncertain times.

                                          Respectfully Submitted,

---

'I believe that due to the surroundings and the lack of medical supplies needed for daily usage, is the cause of my urinary tract infections I keep contracting monthly or every other month since I've been in the BOP.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SNELL, JEFFREY EUGENE | | Reg #: | 54564-039 |
| Date of Birth: | 02/27/1964 | Sex: M    Race: BLACK | Facility: | MIL |
| Encounter Date: | 10/31/2019 10:01 | Provider: Udegbunam, Ukamaka M | Unit: | A02 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

   **COMPLAINT 1**          **Provider:** Udegbunam, Ukamaka M NP-C
   **Chief Complaint:** Other Problem
   **Subjective:** Presents to health services with c/o urinary symptoms for 2 weeks. Reports burning sensation with urinating, "pus" coming out from penis and cloudy urine. States " I think I have an infection, I usually feel this way when I have an infection". Patient has history of neurogenic bladder and self caths 3 times a day. Denies fever, chills, chest pain, shortness of breath. Denies any other complaints at this time.

   Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.
   **Pain:** Not Applicable

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/31/2019 | 10:11 MIL | 97.6 | 36.4 | Oral | Udegbunam, Ukamaka M NP-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/31/2019 | 10:11 MIL | 57 | Via Machine | | Udegbunam, Ukamaka M NP-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/31/2019 | 10:11 MIL | 16 | Udegbunam, Ukamaka M NP-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/31/2019 | 10:11 MIL | 158/95 | Right Arm | Sitting | Adult-large | Udegbunam, Ukamaka M NP-C |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 10/31/2019 | 10:11 MIL | 97 | Room Air | Udegbunam, Ukamaka M NP-C |

**Exam:**
   **General**
      **Affect**
         Yes: Pleasant, Cooperative
      **Appearance**
         Yes: Appears Well, Alert and Oriented x 3
   **Pulmonary**
      **Observation/Inspection**
         Yes: Within Normal Limits
      **Auscultation**
         Yes: Clear to Auscultation

Generated 10/31/2019 10:29 by Udegbunam, Ukamaka M NP-       Bureau of Prisons - MIL                        Page 1 of 3

| | | | | |
|---|---|---|---|---|
| Inmate Name: SNELL, JEFFREY EUGENE | | | Reg #: 54564-039 | |
| Date of Birth: 02/27/1964 | Sex: M | Race: BLACK | Facility: MIL | |
| Encounter Date: 10/31/2019 10:01 | Provider: Udegbunam, Ukamaka M | | Unit: A02 | |

**Exam:**
    **Cardiovascular**
        **Observation**
             Yes: Within Normal Limits
        **Auscultation**
             Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2
             No: M/R/G
    **Abdomen**
        **Inspection**
             Yes: Within Normal Limits
        **Auscultation**
             Yes: Normo-Active Bowel Sounds
        **Palpation**
             Yes: Within Normal Limits

    <u>**Exam Comments**</u>
        urine dip with trace of nitrates, leukocytes, protein and blood

**ASSESSMENT:**

    Urinary tract infection, site not specified, N390 - Current

**PLAN:**

**New Medication Orders:**

| <u>Rx#</u> | <u>Medication</u> | <u>Order Date</u> | <u>Prescriber Order</u> |
|---|---|---|---|
| | Sulfamethoxazole/Trimeth DS 800-160 Mg Tablet | 10/31/2019 10:01 | one tablet Orally - Two Times a Day x 10 day(s) -- Take one tablet by mouth twice daily every twelve hours for 10 days until all taken (avoid excessive sunlight while taking) x 10 days |

        **Indication:** Urinary tract infection, site not specified

**New Laboratory Requests:**

| <u>Details</u> | <u>Frequency</u> | <u>Due Date</u> | <u>Priority</u> |
|---|---|---|---|
| Lab Tests-U-Urinalysis w/Reflex to Microscopic | One Time | 10/31/2019 00:00 | Today |
| Lab Tests-C-Culture, Urine | | | |

    **Labs requested to be reviewed by:** Scherle, Gregory A. MD/CD
    **Lab personnel verbally notified of a priority order of Today or Stat**

**Disposition:**
    Follow-up at Sick Call as Needed
    Return Immediately if Condition Worsens
    Return To Sick Call if Not Improved

**Other:**
    UTI: urine dip + for infection, has h/o neurogenic bladder, self caths 3 times a day, will treat with Bactrim DS x 10 days. Will also send urine for culture. RTC if symptoms get worse or do not improve.

**Patient Education Topics:**

| <u>Date Initiated</u> | <u>Format</u> | <u>Handout/Topic</u> | <u>Provider</u> | <u>Outcome</u> |
|---|---|---|---|---|

| Inmate Name: | SNELL, JEFFREY EUGENE | | | Reg #: | 54564-039 |
|---|---|---|---|---|---|
| Date of Birth: | 02/27/1964 | Sex: M | Race: BLACK | Facility: | MIL |
| Encounter Date: | 10/31/2019 10:01 | Provider: | Udegbunam, Ukamaka M | Unit: | A02 |

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/31/2019 | Counseling | Diagnosis | Udegbunam, Ukamaka | Verbalizes Understanding |
| 10/31/2019 | Counseling | Plan of Care | Udegbunam, Ukamaka | Verbalizes Understanding |

**Copay Required:** Yes  **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Udegbunam, Ukamaka M NP-C on 10/31/2019 10:29
Requested to be cosigned by Scherle, Gregory A. MD/CD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SNELL, JEFFREY EUGENE | | Reg #: | 54564-039 |
| Date of Birth: | 02/27/1964 | Sex: M  Race: BLACK | Facility: | MIL |
| Note Date: | 11/04/2019 10:39 | Provider: Udegbunam, Ukamaka M | Unit: | A02 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**     **Provider:** Udegbunam, Ukamaka M NP-C

Patient had + cloudy abnormal urine, WBC 1 + Esterase , positive abnormal nitrate, WBC abnormal, and abnormal urine culture. Patient was started on Bactrim DS for UTI.

Patient states that he is feeling better, urine not cloudy, no more burning with urination, however Bactrim DS is resistant, will switch medication to Cipro.

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Ciprofloxacin Tablet | 11/04/2019 10:39 | 500 mg  Orally -  Two Times a Day x 10 day(s) |

   **Indication:** Urinary tract infection, site not specified

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 157285-MIL | Sulfamethoxazole/Trimeth 800mg /160mg tab | 11/04/2019 10:39 | *Take one tablet  by mouth twice daily  ( every twelve hours ) for 10 days until all taken (avoid excessive sunlight while taking) NEW 10/31/19* |

   **Discontinue Type:**   When Pharmacy Processes
   **Discontinue Reason:** *new order written*
   **Indication:**

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-U-Urinalysis w/Reflex to Microscopic | One Time | 11/18/2019 00:00 | Routine |
| Lab Tests-C-Culture, Urine | | | |

   **Additional Information:**
      please do not cancel repeat lab work
   **Labs requested to be reviewed by:**     Scherle, Gregory A. MD/CD

**Other:**
UTI: Will switch patient from Bactrim DS to Cipro for 10 days and repeat lab work in 2 weeks.

**Disposition:**
Follow-up at Sick Call as Needed
Return Immediately if Condition Worsens
Return To Sick Call if Not Improved

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 11/04/2019 | Counseling | Diagnosis | Udegbunam, Ukamaka | Verbalizes Understanding |

| Inmate Name: | SNELL, JEFFREY EUGENE | | | Reg #: | 54564-039 |
|---|---|---|---|---|---|
| Date of Birth: | 02/27/1964 | Sex: M | Race: BLACK | Facility: | MIL |
| Note Date: | 11/04/2019 10:39 | Provider: | Udegbunam, Ukamaka M | Unit: | A02 |

| **Date Initiated** | **Format** | **Handout/Topic** | **Provider** | **Outcome** |
|---|---|---|---|---|
| 11/04/2019 | Counseling | Plan of Care | Udegbunam, Ukamaka | Verbalizes Understanding |

**Copay Required:** No  **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Udegbunam, Ukamaka M NP-C on 11/04/2019 13:26
Requested to be cosigned by Scherle, Gregory A. MD/CD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | SNELL, JEFFREY EUGENE | | | | Reg #: | 54564-039 |
| Date of Birth: | 02/27/1964 | Sex: | M | Race: BLACK | Facility: | MIL |
| Note Date: | 12/10/2019 13:35 | Provider: | Udegbunam, Ukamaka M | | Unit: | A02 |

Review Note - Report Review encounter performed at Health Services.
**Administrative Notes:**
   **ADMINISTRATIVE NOTE   1**    **Provider:** Udegbunam, Ukamaka M NP-C
      Patient was recently treated for UTI h/o neurogenic bladder, does self cath, asymptomatic at this time. Will continue to monitor.

**Copay Required:** No    **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Udegbunam, Ukamaka M NP-C on 12/10/2019 13:37

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: SNELL, JEFFREY EUGENE | | | Reg #: | 54564-039 |
| Date of Birth: 02/27/1964 | Sex: M | Race: BLACK | Facility: | MIL |
| Encounter Date: 12/16/2019 13:07 | Provider: Udegbunam, Ukamaka M | | Unit: | A02 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**       **Provider:** Udegbunam, Ukamaka M NP-C

**Chief Complaint:** Other Problem

**Subjective:** Presents to health services for f/u abnormal urine culture. Patient reports cloudy urine, burning sensation with urination. Patient self caths three times a day h/o neurogenic bladder. He is requesting gloves. States "I feel like my body is telling me something". Reports that right foot goes numb and right leg feels cramp, h/o neurogenic bladder. Denies fever, chills, chest pain, shortness of breath. Denies any other complaints at this time.

Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.

**Pain:** Not Applicable

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/16/2019 | 13:11 MIL | 97.6 | 36.4 | Oral | Udegbunam, Ukamaka M NP-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/16/2019 | 13:11 MIL | 72 | | | Udegbunam, Ukamaka M NP-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 12/16/2019 | 13:11 MIL | 16 | Udegbunam, Ukamaka M NP-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 12/16/2019 | 13:11 MIL | 154/97 | Right Arm | Sitting | Adult-large | Udegbunam, Ukamaka M NP-C |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 12/16/2019 | 13:11 MIL | 97 | Room Air | Udegbunam, Ukamaka M NP-C |

**Exam:**
  **General**
    **Affect**
      Yes: Pleasant, Cooperative

    **Appearance**
      Yes: Appears Well, Alert and Oriented x 3

**Exam Comments**
  right foot monofilament 10/10, right leg smaller that left leg,  h/o neurogenic bladder

**ASSESSMENT:**

Muscle wasting and atrophy, NEC, unsp site, M6250 - Current

Generated 12/16/2019 14:12 by Udegbunam, Ukamaka M NP-       Bureau of Prisons - MIL       Page 1 of 2

| | | | |
|---|---|---|---|
| Inmate Name: SNELL, JEFFREY EUGENE | | Reg #: 54564-039 | |
| Date of Birth: 02/27/1964 | Sex: M  Race: BLACK | Facility: MIL | |
| Encounter Date: 12/16/2019 13:07 | Provider: Udegbunam, Ukamaka M | Unit: A02 | |

Urinary tract infection, site not specified, N390 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Nitrofurantoin Macrocrystal Capsule | 12/16/2019 13:07 | 100 mg  Orally  every 12 hours x 10 day(s) |

    **Indication:** Urinary tract infection, site not specified

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-U-Urinalysis w/Reflex to Microscopic | One Time | 12/31/2019 00:00 | Routine |
| Lab Tests-C-Culture, Urine | | | |

    **Additional Information:**
        Please repeat after 2 weeks do not cancel thanks.
    **Labs requested to be reviewed by:**    Scherle, Gregory A. MD/CD

**Disposition:**
    Follow-up at Sick Call as Needed
    Will Be Placed on Callout
    Return Immediately if Condition Worsens

**Other:**
    1. UTI: was treated with Bactrim DS and Cipro in the past, however per lab results, they are both resistant. H/o neurogenic bladder self caths three times a day, will treat with Nitrofurantoin for 10 days. Will repeat lab in 2 weeks after treatment. Couple of gloves given.
    2. Right leg cramp /right foot numbness: ordered compression socks, non available at the moment instructed to check back. Soft shoe pass given to purchase alternate institutional shoes and see if it helps. RTC PRN.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/16/2019 | Counseling | Diagnosis | Udegbunam, Ukamaka | Verbalizes Understanding |
| 12/16/2019 | Counseling | Plan of Care | Udegbunam, Ukamaka | Verbalizes Understanding |

**Copay Required:** No      **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Udegbunam, Ukamaka M NP-C on 12/16/2019 14:12
Requested to be cosigned by Scherle, Gregory A. MD/CD.
Cosign documentation will be displayed on the following page.

MIL C01 111-L 54564-039 - SNELL, JEFFREY - 162750-MIL

Read this medicine information sheet carefully each time you get this medicine filled. You must carefully read the "Consumer Information Use and Disclaimer" below in order to understand and correctly use this information. This information is for MALE patients only. It does NOT include important information for FEMALE patients.

# Doxycycline Tablets and Capsules

**Pronunciation** (doks i SYE kleen)
**Brand Names: US** Acticlate; Adox Pak 2/100; Adoxa; Adoxa Pak 1/100; Adoxa Pak 1/150; Avidoxy; Monodox; Morgidox; Oraxyl; TargaDOX; Vibramycin.

### What is this drug used for?

- It is used to treat pimples (acne).
- It is used to treat or prevent bacterial infections.
- It is used to prevent malaria.
- It is used to treat swelling of the tissue around the teeth (periodontitis). It is used with scaling and root planing.
- It may be given to you for other reasons. Talk with the doctor.

### What do I need to tell my doctor BEFORE I take this drug?

- If you are allergic to this drug; any part of this drug; or any other drugs, foods, or substances. Tell your doctor about the allergy and what signs you had.
- If you are taking any of these drugs: Acitretin, isotretinoin, or a penicillin.

This is not a list of all drugs or health problems that interact with this drug.

Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.

### What are some things I need to know or do while I take this drug?

- Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists, and dentists.
- Have your blood work checked if you are on this drug for a long time. Talk with your doctor.
- This drug may affect certain lab tests. Tell all of your health care providers and lab workers that you take this drug.
- Do not use longer than you have been told. A second infection may happen.
- This drug may make you sunburn more easily. Use care if you will be in the sun. Tell your doctor if you sunburn easily while taking this drug.
- A very bad skin reaction (Stevens-Johnson syndrome/ toxic epidermal necrolysis) may happen. It can cause very bad health problems that may not go away, and sometimes death. Get medical help right away if you have signs like red, swollen, blistered, or peeling skin (with or without fever); red or irritated eyes; or sores in your mouth, throat, nose, or eyes.
- A severe and sometimes deadly reaction has happened. Most of the time, this reaction has signs like fever, rash, or swollen glands with problems in body organs like the liver, kidney, blood, heart, muscles and joints, or lungs. If you have questions, talk with the doctor.
- This drug may cause a change in tooth color to yellow-gray-brown in children younger than 8 years old. If this change of tooth color happens, it will not go away. Talk with the doctor.
- Most of the time, this drug is not for use in children younger than 8 years old. However, there may be times when these children may need to take this drug. Talk with the doctor.
- Change in tooth color has also happened in adults. This has gone back to normal after this drug was stopped and teeth cleaning at a dentist's office. Talk with the doctor.

### What are some side effects that I need to call my doctor about right away?

WARNING/CAUTION: Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical help right away if you have any of the following signs or symptoms that may be related to a very bad side effect:

- Signs of an allergic reaction, like rash; hives; itching; red, swollen, blistered, or peeling skin with or without fever; wheezing; tightness in the chest or throat; trouble breathing, swallowing, or talking; unusual hoarseness; or swelling of the mouth, face, lips, tongue, or throat.
- Signs of liver problems like dark urine, feeling tired, not hungry, upset stomach or stomach pain, light-colored stools, throwing up, or yellow skin or eyes.
- Signs of a pancreas problem (pancreatitis) like very bad stomach pain, very bad back pain, or very bad upset stomach or throwing up.
- Chest pain or pressure or a fast heartbeat.
- Not able to pass urine or change in how much urine is passed.

- Fever, chills, or sore throat; any unexplained bruising or bleeding; or feeling very tired or weak.
- Throat irritation.
- Trouble swallowing.
- Muscle or joint pain.
- Fast breathing.
- Flushing.
- Very bad dizziness or passing out.
- Change in skin color.
- Swollen gland.
- Diarrhea is common with antibiotics. Rarely, a severe form called C diff–associated diarrhea (CDAD) may happen. Sometimes, this has led to a deadly bowel problem (colitis). CDAD may happen during or a few months after taking antibiotics. Call your doctor right away if you have stomach pain, cramps, or very loose, watery, or bloody stools. Check with your doctor before treating diarrhea.
- Raised pressure in the brain has happened with this drug. Most of the time, this will go back to normal after this drug is stopped. Sometimes, loss of eyesight may happen and may not go away even after this drug is stopped. Call your doctor right away if you have a headache or eyesight problems like blurred eyesight, seeing double, or loss of eyesight.

### What are some other side effects of this drug?

All drugs may cause side effects. However, many people have no side effects or only have minor side effects. Call your doctor or get medical help if any of these side effects or any other side effects bother you or do not go away:

- Not hungry.
- Upset stomach or throwing up.
- Diarrhea.

These are not all of the side effects that may occur. If you have questions about side effects, call your doctor. Call your doctor for medical advice about side effects.

You may report side effects to the FDA at 1-800-332-1088. You may also report side effects at https://www.fda.gov/medwatch.

### How is this drug best taken?

Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely.

- Keep taking this drug as you have been told by your doctor or other health care provider, even if you feel well.
- Some drugs may need to be taken with food or on an empty stomach. For some drugs it does not matter. Check with your pharmacist about how to take this drug.
- It is best to avoid taking this drug at the same time as milk, dairy, or other products with calcium. This drug may not work as well. If you have questions, talk with the doctor or pharmacist.
- Drink lots of noncaffeine liquids unless told to drink less liquid by your doctor.
- Do not take bismuth (Pepto-Bismol®), calcium, iron, magnesium, zinc, multivitamins with minerals, colestipol, cholestyramine, didanosine, or antacids within 2 hours of this drug.
- Take with a full glass of water.
- Do not lie down for at least 30 minutes after taking this drug.

### What do I do if I miss a dose?

- Take a missed dose as soon as you think about it.
- If it is close to the time for your next dose, skip the missed dose and go back to your normal time.
- Do not take 2 doses at the same time or extra doses.

### How do I store and/or throw out this drug?

- Store at room temperature protected from light. Store in a dry place. Do not store in a bathroom.
- Do not take this drug if it is outdated.
- Do not take this drug if it has not been stored as you have been told.
- Keep all drugs in a safe place. Keep all drugs out of the reach of children and pets.
- Throw away unused or expired drugs. Do not flush down a toilet or pour down a drain unless you are told to do so. Check with your pharmacist if you have questions about the best way to throw out drugs. There may be drug take-back programs in your area.

### General drug facts

- If your symptoms or health problems do not get better or if they become worse, call your doctor.
- Do not share your drugs with others and do not take anyone else's drugs.
- Some drugs may have another patient information leaflet. Check with your pharmacist. If you have any questions about this drug, please talk with your doctor, nurse, pharmacist, or other health care provider.
- If you think there has been an overdose, call your poison control center or get medical care right away. Be ready to tell or show what was taken, how much, and when it happened.

### Consumer Information Use and Disclaimer

This information should not be used to decide whether or not to take this medicine or any other medicine. Only the healthcare provider has the knowledge and training to decide which medicines are right for a specific patient. This information does not endorse any medicine as safe, effective, or approved for treating any patient or health condition. This is only a brief summary of general information about this medicine. It does NOT include all information about the possible uses, directions, warnings, precautions, interactions, adverse effects, or risks that may apply to this medicine. This information is not specific medical advice and does not replace information you receive from the healthcare provider. You must talk with the healthcare provider for complete information about the risks and benefits of using this medicine.

---

Issue Date: 03/04/2020
Database Edition 20.1.1.003
Copyright 2020 Wolters Kluwer Clinical Drug Information, Inc. and its affiliates and/or licensors. All rights reserved.



